IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
April 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY D/B/A TEXAS BONDING COMPANY, § § § § <br><br> Plaintiff, § § <br> v. § § <br> ANALYTICAL TECHNOLOGY CONSULTANTS, INC., BASS INTERNATIONAL, INC., HECTOR BASS, and JANICE BASS, § § § § § § <br> Defendants. § | Civil Action No. 1:20-cv-00848 <br><br><br><br><br><br><br><br><br><br><br><br> *AMENDED FINAL JUDGMENT |

On March 30, 2021, Plaintiff American Contractors Indemnity d/b/a Texas Bonding Company ("Texas Bonding") and Defendants Analytical Technology Consultants, Inc., Bass International, Inc., Hector Bass, and Janice Bass (collectively "Defendants") executed a compromise and settlement agreement resolving this lawsuit. In accordance with the terms of the settlement agreement, this Court enters final judgment in favor of Texas Bonding against Defendants, jointly and severally, as set forth below.

It is therefore ORDERED that a judgment be awarded to Texas Bonding against Defendants, jointly and severally, as follows:

(a)   Actual Damages of $248,097.17 to be paid in monthly installments as set forth in the payment schedule included in the settlement agreement attached as Exhibit 1 to this final judgment;

(b)   Pre-judgment interest at the rate of five percent (5%) per annum, accruing from August 13, 2020, to the day preceding the date on which the Court signs this judgment; and

(c)   Post-judgment interest at the rate of five percent (5%) per annum, accruing from the date on which the Court signs this judgment until the judgment is fully satisfied.

*Amended to correct filing date

This is a Final Judgment.

SIGNED this 28th day of April, 2022.

_____
DISTRICT JUDGE ROBERT PITMAN

*Amended to correct filing date